**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JEFF R. MITCHELL, | : |
|                     Plaintiff, | : |
| | : |
|       v. | :     No. 5:21-cv-2465 |
| | : |
| CJKANT RESOURCE GROUP, LLC, *et al.*, | : |
|               Defendants. | : |

# O R D E R

**AND NOW**, this 17th day of December 2021, upon consideration of Defendants' Partial

Motion for Judgment on the Pleadings, *see* ECF No. 32, Plaintiff's response to the Motion, *see* ECF

No. 33, Defendants' reply in support of the Motion, *see* ECF No. 35, and for the reasons set forth in

the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion, ECF No. 32, is **GRANTED**.

2.  Count IV and Count X of the Complaint, *see* ECF No. 1, are **DISMISSED with prejudice**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge